FREDERICK J. STUBING, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

(Argued October 22, 1894 ; decided November 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 18, 1894, which affirmed an order of Special Term denying a motion by defendant to set aside the service of the summons herein.

*William L. Learned* for appellant.

*David Swits* for respondent.

Agree to affirm ; no opinion.
All concur except ANDREWS, Ch. J., and GRAY, J., not voting.
Order affirmed.